UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | SACV 18-08508-CJC (MAAx) | Date | January 9, 2019 |
|---|---|---|---|
| Title | Richard Worne v. Allied Interstate LLC et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Gabriela Garcia | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION WITH PREJUDICE ON STIPULATION TO DISMISS CASE**

   The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [8], hereby orders the individual claims dismissed WITH prejudice and the putative class claims WITHOUT prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

   In light of the Notice of Voluntary Dismissal, the Court further orders the Order to Show Cause [9] issued on January 9, 2019 discharged.

                                                          -    :    -

                                       Initials of Deputy Clerk   gga